UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 19-CR-10089-PBS |
| | ) | |
| LIAM MACLEOD | ) | |

## MOTION FOR RULE 11 HEARING

The defendant, Liam Macleod, hereby asks that the Court schedule his case for a Rule 11 hearing at time during the week of June 17, 2019. The parties also ask that the status conference scheduled for May 31, 2019 before the Magistrate Judge be cancelled. Mr. Macleod is anticipated to plead guilty to the indictment without a written plea agreement.

Respectfully Submitted,

LIAM MACLEOD
By His Attorney,

*/s/ W. Jamiel Allen*
W. Jamiel Allen
AZ Bar No. 024631
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, W. Jamiel Allen, Esquire, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on May 23, 2019.

*/s/ W. Jamiel Allen*

1

W. Jamiel Allen