10/1/2019

To whom it may concern:

Please accept this as a personal reference for Liam MaCloud.

He and I have been friends for over 13 years.

He helped me get sober + soon followed down the same AA path.

I have been taking Liam to meeting weekly and act as a temporary sponsor

Whether necessary or not, the courts banned Liam from drinking. I have not seen him pick up a drink since.

I know he was up front with his new land lord about his sobriety al medications

I have seen Liam as someone who has had some very hard knocks but never picked up a drink over it

Thank you

David D. Bric
David D. Bric